NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number   2018-CA-1595

Anthony Misita and Glenn and Linda Torres

- - Versus - -

The St. Tammany Parish Government

22nd Judicial District Court
Case #: 201810697
St. Tammany Parish

Consolidated with the following:

2018 - CA - 1596
Anthony Masita
versus
John Maumoulides, Lakelots, Inc., Intrepid, Inc., One Consort International, LLC, Lake Ramsey
Development and St. Tammany Parish

On Application for Rehearing filed on 09/25/2019 by Anthony Misita and Glenn and Linda Torres

Rehearing _____ **DENIED** _____

_____
Vanessa Guidry Whipple

McClendon, J. would grant
the rehearing.

_____
Page McClendon

_____
Jewel E. "Duke" Welch

_____
Toni Manning Higginbotham

_____
Allison H. Penzato

Date   **OCT 2 4 2019**
_____

_____
Rodd Naquin, Clerk